# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WARDELL WOODS**                                                         **PLAINTIFF**
**#167937**

V.                      NO. 4:22-cv-00902-JM-ERE

**HIGGINS,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Woods' complaint is DISMISSED, without prejudice, based on his failure to state a plausible constitutional claim for relief. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g) and certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith. The Clerk is instructed to close this case.

IT IS SO ORDERED this 29th day of November, 2022.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE